IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY ALVERSON #132431, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:09cv081-WHA |
| | ) | (WO) |
| JOHN CUMMINS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

There being no objection to the Recommendation of the Magistrate Judge (Doc. #12), entered on March 27, 2009, the Recommendation is adopted, and it is hereby ORDERED that the Plaintiff's Motion to Certify Class is DENIED.

DONE this 27th day April, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE