IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY ALVERSON #132431, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:09cv081-WHA |
| ) | (WO) |
| JOHN CUMMINS, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objection to the Recommendation of the Magistrate Judge (Doc. #13), entered on March 27, 2009, the Recommendation is adopted, and it is hereby ORDERED as follows:

1. The Plaintiff's Motion for Preliminary Injunction is DENIED.

2. This case is referred back to the Magistrate Judge for further proceedings.

DONE this 27th day April, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE