THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY ALVERSON, #132431 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CV-81-TMH |
| ) | [WO] |
| ) | |
| JOHN CUMMINS, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# ORDER

On September 9, 2009, the Magistrate Judge filed a Report and Recommendation (Doc. 85) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 85) of the Magistrate Judge is ADOPTED;

2. The plaintiff's motion for preliminary injunction be DENIED; and,

3. This case be referred back to the Magistrate Judge for additional proceedings.

Done this 30th day of September, 2009.

**/s/ Truman M. Hobbs**

SENIOR UNITED STATES DISTRICT JUDGE