THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY ALVERSON, #132431 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CV-81-TMH |
| ) | [WO] |
| ) | |
| JOHN CUMMINS, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

On October 16, 2009, the Plaintiff filed an *Objection* (Doc. 96) to the magistrate judge's *Order* (Doc. 94) denying Plaintiff's *Motion to Compel Discovery* (Doc. 93). Upon consideration of the *Order* and *Objection*, it is ORDERED that Plaintiff's *Objection* be and is hereby OVERRULED.

Done this 4th day of November, 2009.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE