IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| RODNEY ALVERSON, #132431, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.  2:09-cv-081-TMH |
| | ) | WO |
| JOHN CUMMINS, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

This cause is before the Court on the plaintiff's Objection to Order on Motion to Amend (Doc. #106) filed on November 25, 2009. Specifically, plaintiff objects to the Magistrate Judge's order of November 19, 2009 (Doc. #105) denying the plaintiff's motion for leave to amend. After an independent review of the plaintiff's motion, the Magistrate Judge's order, and the plaintiff's objection, the Court finds that the Magistrate Judge's order is neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, it is hereby

ORDERED that plaintiff's objection (Doc. #106) is OVERRULED. It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this the 9th day of December, 2009.

/s/ Truman M. Hobbs

TRUMAN H. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE