IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY ALVERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIV. CASE NO. 2:09-CV-81-TMH |
| ) | |
| ) | |
| JOHN CUMMINS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On June 20, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 134.) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. The Motions for Summary Judgment be GRANTED. (Doc. Nos. 22, 36, & 46.)

2. Judgment be GRANTED in favor of the defendants.

3. This case be dismissed with prejudice.

4. The costs of this proceeding be taxed against the plaintiff.

Done this 9th day of August, 2012.

              /s/ Truman M. Hobbs

              TRUMAN M. HOBBS
              SENIOR UNITED STATES DISTRICT JUDGE